

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CARLTON JACOBS, | ) | CASE NO. 1:12 CV 693 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | JUDGMENT ENTRY |
| CARGILL MEAT SOLUTION, et al., | ) ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

*/s/ Donald C. Nugent 4/11/12*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE